(August 22, 1990)

■ In the Matter of JOHN KLOTZ, Appellant, v KATHLEEN M. WAGNER et al., Constituting the Board of Elections in the City of New York, et al., Respondents. (And Ten Other Appeals.)— Judgment, Supreme Court, Bronx County (Fred W. Eggert, J.),

entered on August 17, 1990, unanimously affirmed, for the reasons stated by Eggert, J., without costs and without disbursements. The appeal taken in *Randolph v Llanos* has been withdrawn pursuant to letter filed. Concur—Kupferman, J. P., Kassal, Ellerin and Smith, JJ.